1  **HOGAN LOVELLS US LLP**
   Edith Ramirez (Bar No. 165872)
2  555 Thirteenth Street, NW
   Washington, DC 20004
3  Telephone:    (202) 637-5600
   Facsimile:    (202) 637-5910
4  edith.ramirez@hoganlovells.com

5  Vassi Iliadis (Bar No. 296382)
   3 Embarcadero Center, Suite 1500
6  San Francisco, California 94111
   Telephone:    (415) 374-2300
7  Facsimile:    (415) 374-2499
   vassi.iliadis@hoganlovells.com
8
   *Attorneys for Defendants*
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | ALAN LEVINSON, individually and on behalf of themselves and all others similarly situated, | Case No. 3:22-cv-02477-VC |
14 | | **DEFENDANTS INTUIT INC.'S AND MAILCHIMP'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)** |
   | Plaintiff, | |
15 | | |
   | v. | |
16 | | |
   | INTUIT INC. and ROCKET SCIENCE GROUP, LLC d/b/a Mailchimp, a Georgia Limited Liability Company, | |
17 | | Complaint filed: April 22, 2022 |
18 | | |
   | Defendants. | |
19

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS (L.R. 3-15)
AND CORPORATE DISCLOSURE
STATEMENT (F.R.C.P. 7.1)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Intuit Inc. ("Intuit") and Rocket Science Group, LLC d/b/a Mailchimp ("Mailchimp") (collectively, "Defendants") make the following disclosures:

Intuit has no parent corporation and no corporation that owns 10% or more of its stock.

Mailchimp, has a parent corporation, Intuit.

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Defendants, certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:    May 20, 2022                **HOGAN LOVELLS US LLP**

By: */s/ Vassi Iliadis*
    Vassi Iliadis

*Attorneys for Defendants*