**HOGAN LOVELLS US LLP**
Edith Ramirez (SBN 165872)
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600
Facsimile:   (202) 637-5910
edith.ramirez@hoganlovells.com

Vassi Iliadis (SBN 296382)
3 Embarcadero Center, Suite 1500
San Francisco, California  94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
vassi.iliadis@hoganlovells.com

*Attorneys for Defendants*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Trenton R. Kashima (SBN 291405)
401 West Broadway, Suite 1760
San Diego, CA 91942
Telephone:  (714) 651-8845
Email: tkashima@milberg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LEVINSON, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT, INC. and ROCKET SCIENCE GROUP, LLC d/b/a Mailchimp, a Georgia Limited Liability Company,<br><br>Defendant. | Case No.  3:22-cv-02477-VC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT (LOCAL RULE 6-1(a))**<br><br>Complaint Served:  May 5, 2022 (Mailchimp); May 10, 2022 (Intuit)<br>Current Response Due Date: May 26, 2022 (Mailchimp); May 31, 2022 (Intuit)<br>New Response Date: June 27, 2022 |

## JOINT STIPULATION

Pursuant to Local Rule 6-1(a), Plaintiff Alan Levinson ("Plaintiff") and Defendants Intuit Inc. ("Intuit") and Mailchimp ("Mailchimp") (collectively, "Defendants") enter into the following Stipulation:

**WHEREAS**, Plaintiff filed the Complaint in this Action on April 22, 2022 (ECF No. 1);

**WHEREAS**, on May 5, 2022, Plaintiff served Mailchimp with the Complaint in this action;

**WHEREAS**, on May 10, 2022, Plaintiff served Intuit with the Complaint in this action;

**WHEREAS**, Mailchimp's deadline to respond to the Complaint is May 26, 2022, and Intuit's deadline to respond to the Complaint is May 31, 2022;

**WHEREAS**, Defendants have requested, and Plaintiff has agreed, that Intuit and Mailchimp may have an extension of time, from May 26, 2022 to June 27, 2022 to answer, move or otherwise respond to the Complaint;

**WHEREAS**, if Defendants intend to file a motion to dismiss, the parties may separately agree to a briefing schedule for the motion and will submit at the appropriate time a stipulation and proposed order requesting that the Court set the agreed-upon schedule; and

**WHEREAS**, this extension of Defendants' time to answer, move or otherwise respond to the Complaint will not alter the date of any event or deadline already fixed by the Court.

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12 and Local Rule 6-1(a), the Parties agree that Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint will be extended from May 26, 2022 to June 27, 2022.

**SO STIPULATED**.

Counsel for Plaintiff has reviewed this stipulation and concurs in its filing.

//
//
//

| | | |
|---|---|---|
| 1 | Dated: May 20, 2022 | **HOGAN LOVELLS US LLP** |
| 2 | | |
| 3 | | By: */s/ Vassi Iliadis* |
| 4 | | Edith Ramirez (SBN 165872)<br>1999 Avenue of the Stars, Suite 1400 |
| 5 | | Los Angeles, California 90067<br>Telephone: (310) 785-4600 |
| 6 | | Facsimile: (310) 785-4601<br>edith.ramirez@hoganlovells.com |
| 7 | | Vassi Iliadis (SBN 296382) |
| 8 | | 3 Embarcadero Center, Suite 1500<br>San Francisco, California 94111 |
| 9 | | Telephone: (415) 374–2300<br>Facsimile: (415) 374–2499 |
| 10 | | vassi.iliadis@hoganlovells.com |
| 11 | | *Attorneys for Defendants* |
| 13 | Dated: May 20, 2022 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| 14 | | By: */s/ Trenton R. Kashima* |
| 15 | | |
| 16 | | Trenton R. Kashima (SBN 291405)<br>401 West Broadway, Suite 1760 |
| 17 | | San Diego, CA 91942<br>Telephone: (714) 651-8845 |
| 18 | | Email: tkashima@milberg.com |
| 19 | | *Attorneys for Plaintiff* |