# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LEVINSON, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT, INC. and ROCKET SCIENCE GROUP, LLC d/b/a Mailchimp, a Georgia Limited Liability Company,<br><br>Defendant. | Case No. 3:22-cv-02477-VC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST A 90-DAY STAY OF THE CASE, INCLUDING ALL DEADLINES AND SCHEDULED CONFERENCES **AS MODIFIED**<br><br>Complaint Served: April 22, 2022<br>Motion to Dismiss Deadline: June 27, 2020<br>Case Management Conference: July 27, 2022<br>Trial Date: None Set |

# ORDER

Having considered the Parties' Joint Stipulation to Request a 90-Day Stay of the Case, Including All Deadlines and Scheduling Conferences, the Court **HEREBY ORDERS** as follows:

The Court finds good cause to **GRANT** the Joint Stipulation to Request a 90-Day Stay of the Case, Including All Deadlines and Scheduling Conferences. Doing so will conserve the resources of the Parties and of the Court. Accordingly, the Court **HEREBY STAYS** the case, including Defendants' June 27, 2022 deadline to move, answer, or otherwise respond to the Complaint and the July 10, 2022 deadline for the Parties to submit their initial case management statement and to exchange initial disclosures, and takes off calendar the initial case management conference scheduled for July 27, 2022. A case management conference is scheduled for September 7, 2022 at 1:00 pm. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: _____June 27_, 2022

_____
HON. VINCE CHHABRIA
United States District Judge