**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Trenton R. Kashima (SBN 291405)
401 West Broadway, Suite 1760
San Diego, CA 91942
Telephone: (212) 946-9389
Email: tkashima@milberg.com

*Attorneys for Plaintiff
and the Putative Class*

**HOGAN LOVELLS US LLP**
Edith Ramirez (SBN 165872)
Allison Holt Ryan (*Pro Hac Vice*)
555 13th St. NW
Washington, DC 20004
Telephone:  (202) 637-5600
edith.ramirez@hoganlovells.com
allison.holt.ryan@hoganlovells.com

Vassi Iliadis (SBN 296382)
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 374-2300
vassi.iliadis@hoganlovells.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAN LEVINSON**, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INTUIT, INC**. and **ROCKET SCIENCE GROUP, LLC** d/b/a Mailchimp, a Georgia Limited Liability Company,<br><br>Defendants. | Case No: 3:22-cv-02477-VC<br><br>**JOINT STATUS REPORT**<br><br>Hearing date:  Sept. 7, 2022<br>Time:           1:00 p.m.<br>Judge:          Hon.  Vince Chhabria<br><br>Complaint Served:  April 22, 2022<br>Trial Date:  None Set |

Plaintiff Alan Levinson ("Plaintiff") joins with Defendants Intuit Inc. and Rocket Science Group, LLC d/b/a Mailchimp (collectively "Defendants"), to submit the following Joint Status Report in advance of the September 7, 2022 Initial Case Management Conference:

On June 27, 2022, the Court granted the Parties' Joint Stipulation to Request a 90-day Stay of the Case, Including All Deadlines and Scheduling Conferences. [ECF No. 23].  As explained in the Parties' Joint Stipulation, the Parties desired to pursue a potential resolution of the matter through private mediation.  Since the Court's June 27 Order, the Parties have agreed to mediate before Mr. Bruce A. Friedman Esq., and have scheduled two full-day mediation sessions on September 2 and 6, 2022 (the only days Mr. Friedman had available that also worked for the Parties' respective schedules). The Parties also have exchanged mediation statements and relevant information in preparation for their settlement discussion.   Accordingly, the Parties are hopeful that the mediation will resolve this matter, and will promptly notify the Court should this case resolve at the mediation.

Given the current posture of the case, the Parties have focused their efforts on resolving this matter without judicial intervention.  However, in the event this case does not settle at the mediation, the Parties are prepared to discuss (and have begun discussing) the matters required by Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9, and will file a Joint Case Management Statement, which conforms to the Court's Standing Order, in advance of the September 7 Case Management Conference.

Dated: August 31, 2022                              Respectfully submitted,

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

/s/ Trenton R. Kashima
Trenton R. Kashima (State Bar No. 291405)
402 W. Broadway, Suite 1760
San Diego, CA 92101
T : (866) 252-0878
tkashima@milberg.com

- 1 -

Dated:  August 31, 2022

**HOGAN LOVELLS US LLP**

By: /s/ Vassi Iliadis

Vassi Iliadis (SBN 296382)
3 Embarcadero Center, Suite 1500
San Francisco, California  94111
Telephone: (415) 374–2300
Facsimile: (415) 374–2499
vassi.iliadis@hoganlovells.com

Edith Ramirez (SBN 165872)
Allison Holt Ryan (*Pro Hac Vice*)
555 13th St. NW
Washington, DC 20004
Telephone:  (202) 637-5600
edith.ramirez@hoganlovells.com
allison.holt.ryan@hoganlovells.com

*Attorneys for Defendants*

- 2 -

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Trenton R. Kashima, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 31, 2022                    By:    /s/ Trenton R. Kashima
                                                  Trenton R. Kashima, Esq.

                                                  Attorneys for Plaintiffs

- 3 -

JOINT STATUS REPORT                                        Case No. 3:22-cv-02477-VC