Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
401 West Broadway, Suite 1760
San Diego, CA 91942
Telephone: (212) 946-9389
Email: tkashima@milberg.com

Gary M. Klinger *(admitted pro hac vice)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAN LEVINSON**, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INTUIT, INC**. and **ROCKET SCIENCE GROUP, LLC** d/b/a Mailchimp, a Georgia Limited Liability Company,<br><br>Defendants. | Case No: 3:22-cv-02477-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Alan Levinson voluntarily dismisses this action in its entirety with prejudice.

Dated: October 26, 2022	Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger *(admitted PHV)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
401 West Broadway, Suite 1760
San Diego, CA 91942
Telephone: (212) 946-9389
Email: tkashima@milberg.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Gary M. Klinger*
Gary M. Klinger

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE